

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00270-CV

**IN RE** Flora Pei **BENNETT** and Jianwen Hu

Original Proceeding[1]

PER CURIAM

Sitting:     Lori I. Valenzuela, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: April 2, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION TO STAY PROCEEDINGS DENIED AS MOOT

Relators, Flora Pei Bennett and Jianwen Hu, filed their petition for writ of mandamus and emergency motion to stay proceedings on April 1, 2026. Having considered the petition, record provided, and motion, we have determined that relators are not entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion to stay proceedings is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI04202, styled *Flora Pei Bennett v. Tan's Sichuan LLC*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.